**William Myron THURMAN, Appellant,**

v.

**Linda SANDERS, Warden, FCI– Forrest City, Appellee.**

No. 07–1365.

United States Court of Appeals, Eighth Circuit.

Submitted: March 18, 2008.

Filed: March 25, 2008.

William Myron Thurman, Forrest City, AR, pro se.

Earl Fletcher Jackson, Assistant U.S. Attorney, U.S. Attorney's Office, Little Rock, AR, for Appellee.

---

1. The Honorable John R. Tunheim, United States District Judge for the District of Minnesota.

Before BYE, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

Federal inmate William Myron Thurman appeals the district court's [1] order dismissing with prejudice his 28 U.S.C. § 2241 petition, in which he challenged the Bureau of Prisons' calculation of the start date of his federal sentence. Following careful review, *see Hill v. Morrison,* 349 F.3d 1089, 1091 (8th Cir.2003) (de novo standard of review), we affirm for the reasons stated by the district court.[2] *See* 8th Cir. R. 47B.

---

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.

Before BYE, SMITH, and BENTON, Circuit Judges.

---

2. We do not consider Thurman's constitutional arguments raised for the first time on appeal. *See Stone v. Harry,* 364 F.3d 912, 914–15 (8th Cir.2004).